125 A.3d 390

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ALKAREEM R. THOMAS, DEFENDANT–
PETITIONER.

November 10, 2015.

It is ORDERED that the petition for certification is denied without prejudice to defendant's right to file a petition for post-conviction relief addressing his allegations of ineffective assistance of counsel.

125 A.3d 390

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
WILLIAM T. DOLAN, DEFENDANT–PETITIONER.

November 16, 2015.

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division to reconsider in light of *State v. Bishop*, 223 *N.J.* 290, 123 *A.*3d 729 (2015). Jurisdiction is not retained.